THE INTERNATIONAL HANDKERCHIEF MANUFACTURING COMPANY, Appellant, v. BENJAMIN MORSE and MEYER MORSE, Respondents.

Appeal from so much of an order of the Supreme Court, entered in the New York county clerk's office on the 25th day of February, 1915, as denied a motion to continue a temporary injunction during the pendency of the action.

PER CURIAM: Without expressing any opinion as to the extent to which an injunction should be granted by the final judgment after the trial of the action, we think the order appealed from sufficiently protects the plaintiff pending such trial. The order must be affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order affirmed, with ten dollars costs and disbursements.

JAMES V. ORTELERO, Appellant, v. GEORGE S. DOUGHERTY, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 11th day of February, 1915, granting defendant's motion for leave to serve an amended answer.

PER CURIAM: The order appealed from must be modified by requiring the defendant to pay all the costs of the action to date as a condition of permitting him to serve an amended answer. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

DANIEL P. O'CONNOR, Respondent, v. ARTHUR J. LEVINE, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 3d day of February, 1915, denying a motion to vacate an order for the examination of defendant before trial in order to frame a complaint.

PER CURIAM: The plaintiff having knowledge of the contract which he claims was made with the defendant, he is not entitled to examine the defendant before trial for the purpose of framing a complaint. The order appealed from must be reversed, with ten dollars costs and disbursements, and the motion to vacate granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.